**Order entered March 25, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00075-CV

**TOYOTA MOTOR SALES, U.S.A., INC. AND TOYOTA MOTOR CORPORATION, Appellants**

**V.**

**BENJAMIN THOMAS REAVIS AND KRISTI CAROL REAVIS, INDIVIDUALLY AND AS NEXT FRIENDS OF E.R. AND O.R., MINOR CHILDREN, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15296**

## ORDER

On the Court's own motion, this appeal is **REMOVED** from submission on

April 7, 2020.  The case will be reset for submission in due course.

/s/    DAVID J. SCHENCK
        PRESIDING JUSTICE